UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFF SPANO, DEBBIE SPANO, AND C.S., A MINOR CHILD | § § § | |
| *Plaintiffs,* | § § | |
| *vs.* | § § | Case No. 1:21-cv-748 |
| WHOLE FOODS, INC., and DOES 1-50 | § § | |
| *Defendants.* | § § | |

## NOTICE OF APPEAL

JEFF SPANO, DEBBIE SPANO, individuals, and as next friends of C.S., a minor child, Plaintiffs, appeal to the United States Court of Appeals for the Fifth Circuit from the Order and Judgment of Dismissal without Prejudice entered by the court on June 9, 2022.

Respectfully submitted,

Eggleston King Davis, LLP
102 Houston Avenue, Suite 300
Weatherford, Texas 76086
Phone: 817.596.4200
Fax: 817.596.4269

By:   */s/ David D. Rapp*
       David D. Rapp
       State Bar No. 24027764
       david@ekdlaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 8th day of July, 2022, I electronically filed the foregoing document with the clerk of court for the U.S. District court, Western District of Texas, using the electronic case filing system of the Court.

*/s/ David D. Rapp*
David D. Rapp
