# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| JEFF SPANO and DEBBIE SPANO as next friends of C.S., a minor child, | § § § | |
| *Plaintiff* | § | **Case No. 1:21-CV-00748-DAE** |
| **v.** | § § | |
| WHOLE FOODS MARKET GROUP, INC. and DOES 1-50, | § § § | |
| *Defendants* | § | |

## O R D E R

Before the Court is the parties' Joint Motion for Appointment of Guardian ad Litem, filed May 24, 2024 (Dkt. 37).[1] The parties ask the Court to appoint a guardian ad litem to protect the interests of C.S., a minor child, in negotiating the terms of a settlement agreed by the parties. The motion is hereby **GRANTED**.

**IT IS ORDERED** that Walter P. "Chip" Evans, IV, whose phone number is (512) 732- 2727 and whose address is 4407 Bee Caves Rd., Suite 611, Austin, Texas 78746, is appointed guardian ad litem to represent the minor child C.S. in this matter. This appointment is effective immediately and shall remain in effect while this case is pending or until further order of the Court.

**IT IS FURTHER ORDERED** that the Clerk remove this case from this Magistrate Judge's docket and return it to the docket of the Honorable David A. Ezra.

**SIGNED** on July 19, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] By Text Order entered May 28, 2024, the District Court referred the motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.